IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANN KREJCI,                                       )<br>                                                             )<br>          Plaintiff,                                  )<br>                                                             )<br>     v.                                                    )<br>                                                             )<br>BOARD OF TRUSTEES OF THE        )<br>NEBRASKA STATE COLLEGES      )<br>ACTING AS CHADRON STATE COLLEGE, )<br>DR. LOIS VEATH, VICE PRESIDENT OF )<br>ACADEMIC AFFAIRS, individually, DR. )<br>CHARLES SNARE, DEAN OF SCHOOL )<br>OF ARTS AND SCIENCES, individually, )<br>and DR. JANIE C. PARK, PRESIDENT )<br>OF CHADRON STATE COLLEGE,      )<br>individually,                                      )<br>                                                             )<br>          Defendants.                           )<br>                                                             ) | 4:08CV3256<br><br>ORDER |

    THIS MATTER came on before the Court upon the defendants' motion for leave to file an Amended Answer to raise additional affirmative defenses to the claims in Plaintiff's Complaint. Upon the representation that plaintiff does not object to the motion,

    **IT IS ORDERED** that the Motion (Doc. 20) is granted. Defendants shall file and serve their amended answer on or before **March 30, 2009.**

    **DATED March 20, 2009.**

                                               BY THE COURT:

                                               s/ F.A. Gossett
                                               **United States Magistrate Judge**