IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANN KREJCI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | 4:08CV3256 |
| BOARD OF TRUSTEES OF THE ) | |
| NEBRASKA STATE COLLEGES ) | ORDER |
| ACTING AS CHADRON STATE ) | |
| COLLEGE, et al., ) | |
| ) | |
| Defendants. ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion for Continuance of Progression Deadlines (Doc. 40) is granted, as follows:

1. All deadlines set in the Final Progression Order (Doc. 36) are extended for a period of 90 days.

2. The final pretrial conference and trial date will be rescheduled by separate order. Counsel shall contact my chambers staff no later than November 5, 2009 to reschedule the pretrial conference and the trial for a date in or after June 2010.

**DATED October 29, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**